# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-7223 JGB (FFM) | | Date | March 21, 2016 |
|---|---|---|---|---|
| Title | MICHAEL D. JONES v. COMMISSIONER OF SSA | | | |

Present: The Honorable    Frederick F. Mumm, United States Magistrate Judge

| James Munoz | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

The Court has reviewed its own files and records and notes that the Parties failed to file the Joint Stipulation by February 23, 2014, as required by the Order for Extension of Time, (Dkt. No. 31).

Accordingly, the Parties are ordered to show cause in writing within 14 days of the date of this minute order why the Court should not impose sanctions. Sanctions may include striking the Answer or dismissing the Complaint.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |