1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   JEFFREY CHEN, CSBN 260516
4  Special Assistant United States Attorney
        Social Security Administration
5       160 Spear Street, Suite 800
        San Francisco, CA  94105
6       Telephone:  (415) 977-8939
        Facsimile:  (415) 744-0134
7       Email:  Jeffrey.Chen@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. JONES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 2:14-cv-07223-FFM<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: *April 26, 2016*　　　　　　*/S/ Frederick F. Mumm*
　　　　　　　　　　　　　　　　　HONORABLE FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE